```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 08923
   NILDA B REFUGIO
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9254


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/12/2005 and was confirmed 04/28/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  27.67% from remaining funds.

    The case was paid in full 03/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL    UNSECURED OTH    3116.53            .00         862.59
BP CITI                    UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        5306.44            .00        1468.50
AT & T UNIVERSAL  CARS     UNSECURED       NOT FILED           .00            .00
BANK ONE                   UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        4200.99            .00        1162.58
CONSUMERS COOPERATIVE C    UNSECURED       NOT FILED           .00            .00
COTRUST BANK               UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1585.88            .00         438.88
FIRST SAVINGS CREDIT CAR   UNSECURED       NOT FILED           .00            .00
FLEET CREDIT CARD          UNSECURED       NOT FILED           .00            .00
FLEET CREDIT CARD          UNSECURED       NOT FILED           .00            .00
FIRST NATIONAL CREDIT CA   UNSECURED       NOT FILED           .00            .00
HOUSEHOLD RECOVERY         UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         785.26            .00         217.31
ECAST SETTLEMENT CORP      UNSECURED         503.38            .00         139.31
MEDICAL PAYMENT DATA       UNSECURED       NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED           .00            .00
SEVENTH AVENUE             UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        3973.07            .00        1099.51
ECAST SETTLEMENT CORP      UNSECURED        6973.09            .00        1929.73
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,305.20                       1,305.20
TOM VAUGHN                 TRUSTEE                                          520.39
DEBTOR REFUND              REFUND                                           762.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    9,906.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 08923 NILDA B REFUGIO

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                        7,318.41
ADMINISTRATIVE                                                   1,305.20
TRUSTEE COMPENSATION                                               520.39
DEBTOR REFUND                                                      762.00
                                      ---------------     ---------------
TOTALS                                       9,906.00            9,906.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 08/21/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```